IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARLYD SALORT, | § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. NO. 1:21-cv-314 |
| | § § | |
| PROPER AUSTIN HM, LLC | § § | JURY DEMANDED |
| Defendant. | § § | |

## ORDER

Pursuant to Plaintiff's and Defendant's Joint Stipulation of Dismissal with Prejudice filed with the Court, it is hereby:

ORDERED that the above-styled action is DISMISSED WITH PREJUDICE and that the parties are to bear their own costs. THIS IS A FINAL JUDGMENT, and the Clerk is directed to CLOSE THE CASE.

Signed this 3rd day of August, 2022.

_____
David Alan Ezra
Senior United States District Judge